# United States District Court
# For The Western District of North Carolina
# Statesville Division

THERESA DIANNE SMITH,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          5:09CV38

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/19/10 Order.

                                                              Signed: April 19, 2010

                                                              Frank G. Johns, Clerk
                                                              United States District Court